UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3879 DMG (PVC) | Date | May 30, 2023 |
|---|---|---|---|
| Title | Natea Alexis Cooke v. Commissioner of Social Security | | |

| Present: The Honorable | Pedro V. Castillo, United States Magistrate Judge |
|---|---|

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER RE: PROCEDURES IN SOCIAL SECURITY APPEAL

Plaintiff should note that effective December 1, 2022, Supplemental Federal Rules of Civil Procedure for Social Security Cases ("Supp. SS Rules") have been adopted, which govern an action under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security. The Supp. SS Rules are available here: https://www.law.cornell.edu/rules/frcp/supplemental-rules-for-social-security-actions-under-42-U.S.C.-405-g .

The Supp. SS Rules include the following due dates:

1. The Agency will electronically file and serve the administrative record on Plaintiff within **60 days** from service of the complaint. *See* Supp. SS Rule 4.

2. Plaintiff will have **30 days** from the filing of the administrative record to file and serve on the Agency a brief for the requested relief. *See* Supp. SS Rules 5, 6.

3. The Agency will file its response brief and serve it on Plaintiff within **30 days** after service of Plaintiff's brief. *See* SS Rules 5, 7.

4. Plaintiff may file an optional reply brief and serve it on the Agency within **14 days** after service of the Agency's brief. *See* SS Rule 8.

As in any civil action in this Court, the parties are strongly encouraged to seek relief from the timing provisions of this order in advance of any deadlines.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3879 DMG (PVC) | Date | May 30, 2023 |
|---|---|---|---|
| Title | Natea Alexis Cooke v. Commissioner of Social Security | | |

The Court may require that the parties comply with additional procedures posted on the Central District's website or contained in a separately issued order regarding this action.

*Pro se* plaintiffs are encouraged to take advantage of the free legal assistance that is offered by the Court to individuals who are representing themselves. *See* http://prose.cacd.uscourts.gov/ . The Court's resources include a Pro Se Clinic located at each of the Federal Courthouses in the Central District of California. *See* http://prose.cacd.uscourts.gov/federal-pro-se-clinics .

IT IS SO ORDERED.

| | | 00:00 |
|---|---|---|
| | **Initials of Preparer** | mr |