1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    NATEA A. C.,[1]                           Case No. CV 23-3879 DMG (PVC)

12                          Plaintiff,
                                               **ORDER ACCEPTING FINDINGS,**
13          v.                                 **CONCLUSIONS, AND**
                                               **RECOMMENDATIONS OF UNITED**
14    MICHELLE KING, Acting                    **STATES MAGISTRATE JUDGE**
      Commissioner of Social Security,[2]
15
                          Defendant.
16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

19    and files herein, and the Report and Recommendation of the United States Magistrate

20    Judge.  No objections were filed.  The Court concurs with and accepts the findings and

21    conclusions of the Magistrate Judge.

22

23

24

25
      _____
26    [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
      Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27    Administration and Case Management of the Judicial Conference of the United States.

28    [2] Michelle King, Acting Commissioner of Social Security, is substituted for her
      predecessor.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

1    IT IS ORDERED that Judgment shall be entered reversing the decision of the

2  Commissioner and remanding this action for further administrative proceedings consistent

3  with the Report and Recommendation.

4

5    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

6  Judgment herein on counsel for Plaintiff and counsel for Defendant.

7

8    LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10  DATED:  March 21, 2025

11

12    _____

13    DOLLY M. GEE
      CHIEF U.S. DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28