JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATEA A. C.,[1] <br>     Plaintiff, <br> v. <br> MICHELLE KING, <br> Acting Commissioner of Social Security,[2] <br>     Defendant. | Case No. CV 23-3879 DMG (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner is REVERSED, and this action is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

DATED: March 21, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Michelle King, Acting Commissioner of Social Security, is substituted for her predecessor. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).